## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANGEL HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC. d/b/a SPECTRUM | **Case No. 3:22-cv-00584 (KAD)**<br>FLSA Collective Action<br>FED. R. CIV. P. 23 Class Action<br><br>Judge Kari A. Dooley<br><br><br>May 20, 2022 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE

Plaintiff Angel Hernandez gives notice of the voluntary dismissal of this lawsuit without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), in order to pursue these claims in arbitration. Defendant has not answered or filed a motion for summary judgment. This dismissal therefore takes effect upon its filing, without further action of the Court. FED. R. CIV. P. 41(a)(1)(A). This dismissal is without prejudice. *See* FED. R. CIV. P. 41(a)(1)(B). Each party shall bear its own costs and fees.

> Respectfully Submitted,
>
> */s/ Richard E. Hayber*
> Richard E. Hayber, Esq., Bar #CT11629
> **Hayber, McKenna & Dinsmore, LLC**
> 750 Main Street, Suite 904
> Hartford, CT  06106
> Telephone: (860) 522-8888
> Facsimile:  (860) 218-9555
> Email: rhayber@hayberlawfirm.com
>
> *Attorney for Plaintiff and the Putative Class*