## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANGEL HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC. d/b/a SPECTRUM | **Case No. 3:22-cv-00584 (KAD)**<br>FLSA Collective Action<br>Fed. R. Civ. P. 23 Class Action<br><br>Judge Kari A. Dooley |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Came on to be considered Plaintiff Angel Hernandez's notice of voluntary dismissal without prejudice. Having reviewed the notice, the Court orders this case be DISMISSED WITHOUT PREJUDICE, with each party to bear its own fees and costs.

_____                                  _____
Date                                                                    Kari A. Dooley
                                                                                United States District Judge